IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Nicole Culbreth  
      Debtor.

Case Number 19-32938-KRH  
Chapter 13

## AFFIDAVIT OF DEBTOR IN SUPPORT OF AMENDED MOTION EXTEND AUTOMATIC STAY

I, Nicole Culbreth, declare and state under penalty of perjury as follows:

1. I am of legal age and competent to testify, if called as a witness in this matter, I would truthfully testify as set forth herein.
2. I am the Debtor in this Chapter 13 Bankruptcy case filed on January 16, 2018.
3. I had previously filed a Chapter 13 case on July 11, 2013 in the U.S. Bankruptcy Court, the Eastern District of Virginia which was dismissed September 12, 2016, due to failure to make plan payments.
4. I got behind on my bankruptcy payments due to the way my business was paid by Medicaid.
5. A feasible plan has been proposed.
6. That the present plan pays 2.1%.
7. My income has increased.
8. I now have a business partner to share in the expenses.
9. The petition in the current case has been filed in good faith as to all creditors.
10. I believe that I will be able to complete this plan.
11. My prior Chapter 13 case, 18-30220-KLP, was dismissed on September 12, 2016, was the only previous case pending within the preceding year.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Massie Law Firm, PC  
Joseph Massie, III, Esquire (Bar No. 35472)  
115 N. 1st Street  
Richmond, VA 23219  
(804) 644-4878 (T)  
(804) 644-4874 (F)  
jmassie@massielawfirm.com

Date  June   , 2019 _____     Signature _____*N. Culbret*_____
                                                  Nicole Culbreth
                                                  Debtor

COMMONWEALTH OF VIRGINIA, City/County of _Richmond_ to wit:

Acknowledged before me by Nicole Culbreth this 17th day of June _____.

_____*Tammy Westbrook*_____
Notary Public
My Commission expires:

TAMMY LYNN WESTBROOK
Notary Public
Commonwealth of Virginia
Registration No. 7603640
My Commission Expires Feb 28, 2022

Prepared by:
Joseph S. Massie, III  35472
Massie Law Firm, PC
115 N 1st Street
Ste 100
Richmond, VA 23219
(804) 644-4878  Fax:(804) 644-4874

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Nicole Culbreth                    Case Number 19-32938-KRH
Chapter 13                                Debtor